3075169 – LRB/PRS						Firm No.: 42907

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYED ZAIDI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:24-cv-9857 |
| ) | |
| 1-800-PACK-RAT, LLC, ) | |
| a limited liability company ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT, 1-800-PACK-RAT, LLC'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR FAILING TO COMPLY WITH LOCAL RULE 56.1**

NOW COMES the Defendant, 1-800-PACK-RAT, LLC, by and through its attorney, Paul R. Struebing of Amundsen Davis LLC, and in support of its Motion to Strike Plaintiff's Motion for Summary Judgement to Dismiss Defendant's First Affirmative Defense of Contractual Indemnification Pursuant to Fed. R. Civ. P. 56, hereby states as follows:

**INTRODUCTION**

1. On January 8, 2024, Plaintiff filed a Motion for Summary Judgement to Dismiss Defendant's First Affirmative Defense of Contractual Indemnification Pursuant to Fed. R. Civ. P. 56. (Doc. #17). Plaintiff's motion consists of a single thirteen page brief and four exhibits identified as Ex. A through Ex. D. (Doc. #17, 17-1, 17-2, 17-3, and 17-4). The motion is not accompanied by the requisite Local Rule 56.1 statement of material facts. (Doc. #17). As a result, the Plaintiff's Motion does not comply with Local Rule 56.1 (a)(1-2), (d), or (g), and should be stricken.

1

## APPLICABLE LAW

2. On January 8, 2024, and at all times relevant hereto, Local Rule 56.1 governed summary judgment briefing in the Northern District of Illinois. U.S. Dist. Ct., N.D. Ill., E. Div. R. 56.1.

3. When a party moves for summary judgment in the Northern District of Illinois, Local Rule 56.1 requires that the movant submit a memorandum of law, a short statement of material facts (Local Rule 56.1 Statement), and cite, with specificity, to provided documents supporting those facts. *Id*.

4. More specifically, Local Rule 56.1 states in pertinent part as follows:

**LR 56.1. Motions for Summary Judgment**

**(a) Moving Party.** With each summary judgment motion filed under Fed. R. Civ. P. 56, the moving party must serve and file -

(1) a supporting memorandum of law that complies with LR 56.1(g); and

(2) a statement of material facts that complies with LR 56.1(d) and that attaches the cited evidentiary material.

(3) Failure to comply with LR 56.1(a)(1) or (a)(2) may be grounds for denial of the motion.

….

**(d) Statement of Material Facts.**

(1) Form. Each LR 56.1(a)(2) statement of material facts and LR 56.1(b)(3) statement of additional facts must consist of concise numbered paragraphs.

(2) Citations. Each asserted fact must be supported by citation to the specific evidentiary material, including the specific page number, that supports it. The court may disregard any asserted fact that is not supported with such a citation.

> (3) All evidentiary material identified in LR 56.1(a)(2) and LR 56.1(b)(3) citations must be included as number exhibits with the statements of fact.
>
> …
>
> **(g) Memorandum of Law.** Each memorandum of law must set forth legal argument in support or opposition to summary judgment and may include a statement of facts. When addressing facts, the memorandum must cite directly to specific paragraphs in the LR 56.1 statement or responses.

*Id*.

5. Courts have broad discretion to enforce strict compliance with local rules governing summary judgment motions. *Cichon v. Exelon Generating Co., LLC.,* 401 F. 3d 803, 809-10 (7th Cir. 2005). District Court judges are entitled to insist on strict compliance with local rules designed to promote the clarity of summary judgment findings. *Ammos v. Aramark Unif. Servs.,* 368 F. 3d 809, 817 (7th Cir. 2004). This includes the power to strike improper submissions under Local Rule 56.1. *Petty v. City of Chicago,* 754 F. 3d 416, 420 (7th Cir. 2014).

## ARGUMENT

6. Although Plaintiff styles his motion as a motion for Summary Judgment under Fed. R. Civ. Pro. 56, the movant has failed to comply with any of the requirements for briefing such motions under Local Rule 56.1. (Doc. #17). Most importantly, plaintiff has failed to file the requisite Local Rule 56.1(a)(2) statement material of facts. As a result, Plaintiff's motion/memorandum of law does not comply with Local Rule 56.1(a)(1-2), (d), or (g). U.S. Dist. Ct., N.D. Ill., E. Div. R. 56.1.

7. The Plaintiff's failure to file a Statement of Material facts as required by Local Rule 56.1 effectively renders it impossible for the Defendant to prepare a memorandum of law in opposition to plaintiff's motion that complies with Local Rule 56.1(g), and precludes the Defendant from responding in the manner required by Local Rule 56.1(e). *Id*.

8. Given Plaintiff's wholesale failure to file a Statement of Material Facts, or comply with any of the requirements that must be met by a movant under Local Rule 56.1, Defendant, 1-800-Pack-Rat, LLC, asks that this Honorable Court strike Plaintiff's Motion for Summary Judgement to Dismiss Defendant's First Affirmative Defense of Contractual Indemnity, or alternatively deny said Motion, without further briefing, consistent with Local Rule 56.1(a)(3). U.S. Dist. Ct., N.D. Ill., E. Div. R. 56.1(a)(3).

WHEREFORE, Defendant, 1-800-PACK-RAT, LLC, by and through its attorney, Paul R. Struebing of Amundsen Davis LLC, respectfully requests that this Honorable Court enter an Order striking Plaintiff's Motion for Summary Judgement to Dismiss Defendant's First Affirmative Defense of Contractual Indemnification Pursuant to Fed. R. Civ. P. 56, or in the alternative, asks the Court to deny said Motion, without further briefing, consistent with Local Rule 56.1(a)(3), and for all other relief that this Court deems proper and just.

                        Respectfully submitted,

By: _____
Paul R. Struebing – Bar No.: 6318099
Attorney for Defendant, 1-800-Pack-Rat, LLC
Amundsen Davis LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Tel: (312) 455-3040
Fax: (312) 894.3210
E-Mail: pstruebing@amundsendavislaw.com

3075169 – LRB/PRS                                                          Firm No.: 42907

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYED ZAIDI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:24-cv-9857 |
| | ) |
| 1-800-PACK-RAT, LLC, | ) |
| a limited liability company | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746 that on the date indicated below, I served this document via CM/ECF on counsel for plaintiff, Syed Zaidi, on or before 5:00 p.m. on January 10, 2025.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: January 10, 2025
s/ Paul R. Struebing

Paul R. Struebing – Bar No.: 6318099
Attorney for Defendant, 1-800-Pack-Rat, LLC
Amundsen Davis LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Tel: (312) 455-3040
Fax: (312) 894-3210
E-Mail: pstruebing@amundsendavislaw.com